# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CAROLYN C. LUCKEY, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 22-cv-1337-JES-JEH |
| TSB BANK, SSB, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Parties' Stipulation of Voluntary Dismissal. This Court, being duly advised, hereby dismisses Plaintiff's lawsuit with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class in the above captioned matter.

**IT IS SO ORDERED**.

ENTERED this 22nd day of March, 2023.

                                                        s/James E. Shadid_____
                                                        JAMES E. SHADID
                                          UNITED STATES DISTRICT JUDGE

Distribution to counsel of record via CM/ECF